# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-02-00105-CV

---

**Bonita Faith Odutayo, Appellant**

**v.**

**James Hine, Individually and in his Official Capacity as Executive Director
of the Texas Department of Protective and Regulatory Services,
and Jane McLaughlin, Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. GN101342, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

---

Appellant Bonnie Faith Odutayo filed her notice of appeal late. This Court=s clerk sent a request for a response for an explanation of the basis on which this Court could exercise jurisdiction. *See* Tex. R. App. P. 26.1, 26.3. The clerk cautioned that this Court would have to dismiss the appeal unless appellant, by April 15, 2002, adequately explained the lateness of the notice of appeal. *See* Tex. R. App. P. 42.3. Appellant asked for more time to respond because of a family illness. This Court=s clerk eventually sent another request for response, requiring a response by July 29, 2002. This request also cautioned that failure to adequately explain the lateness of the notice could result in dismissal of the appeal.

Appellant has not responded. The notice of appeal was untimely, this Court lacks jurisdiction, and we must dismiss this appeal.

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed: August 30, 2002

Do Not Publish